OSCN Found Document:IN RE REVISION OF PORTION OF RULES OF COURT OF CRIMINAL APPEALS

 
 
 
 OSCN navigation


 
 Home

 
 Courts

 
 Court Dockets

 
 Legal Research

 
 Calendar

 
 Help
 





 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only
 
 

 
 
 
 IN RE REVISION OF PORTION OF RULES OF COURT OF CRIMINAL APPEALS
2014 OK CR 7
Case Number: CCAD-2014-2
Decided: 06/23/2014
IN RE REVISION OF PORTION OF RULES OF COURT OF CRIMINAL APPEALS
Cite as: 2014 OK CR 7, __ __

CORRECTION ORDER
¶1 The first sentence of Rule 2.2(G) in the attachment designated Rule 2.2 
Form and Contents of Record which was attached to the Order Adopting Revision in 
and Republishing Portion of The Rules of the Court of Criminal Appeals, filed 
herein on June 19, 2014, shall be corrected as follows:

G. When the Record Includes Child Pornography. When the record includes 
exhibits which depict or contain child pornography (See Section 1024.1 of 
Title 21), the trial court shall take precautionary steps in the handling of 
such exhibits.
In all other regards the attachment shall remain unaltered.
¶2 IT IS SO ORDERED. 
WITNESS MY HAND AND THE SEAL OF THIS COURT this 23rd day of June, 2014.
/S/DAVID B. LEWIS, Presiding Judge
ATTEST:
/s/Michael S. 
Richie
Clerk




 Citationizer© Summary of Documents Citing This Document
Cite
 Name
 Level
 None Found.
Citationizer: Table of Authority
Cite
 Name
 Level
 None Found.